# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF VERMONT

| | |
|---|---|
| In re | Case No. 24-10205 (HZC)<br>Chapter 11 |
| ROMAN CATHOLIC DIOCESE OF BURLINGTON, VERMONT, | |
| Debtor. | |
| | Adv. Proc. |
| THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS, | **AFFIDAVIT OF SERVICE** |
| Plaintiff, | |
| vs. | |
| ROMAN CATHOLIC DIOCESE OF BURLINGTON, VERMONT; BISHOP JOHN J. McDERMOTT; RICE MEMORIAL HIGH SCHOOL; MOUNT ST. JOSEPH HIGH SCHOOL; CHRIST THE KING - ST. ANTHONY PARISH, BURLINGTON; ST. JOSEPH CO-CATHEDRAL, BURLINGTON; ST. MARK PARISH, BURLINGTON; ST. AMBROSE CHURCH, BRISTOL; ST. MARY CHURCH, CAMBRIDGE; OUR LADY OF MT. CARMEL CHURCH, CHARLOTTE; OUR LADY OF GRACE PARISH, COLCHESTER; ST. PIUS X CHURCH, ESSEX JUNCTION; HOLY FAMILY - ST. LAWRENCE PARISH, ESSEX JUNCTION; ST. JUDE CHURCH, HINESBURG; HOLY CROSS PARISH, COLCHESTER; ST. ANN PARISH, MILTON; OUR LADY OF THE HOLY ROSARY PARISH, RICHMOND; ST. CATHERINE OF SIENA, SHELBURNE; ST. JOHN VIANNEY CHURCH, SOUTH BURLINGTON; OUR LADY OF THE LAKE PARISH, SOUTH HERO; ST. THOMAS PARISH, UNDERHILL CENTER; ST. PETER PARISH , VERGENNES; IMMACULATE HEART OF MARY PARISH, WILLISTON; ST. FRANCIS XAVIER, WINOOSKI; ST. CHARLES PARISH, BELLOWS FALLS; OUR LADY OF THE VALLEY PARISH, RANDOLPH; ST. MICHAEL ROMAN CATHOLIC CHURCH, BRATTLEBORO; HOLY NAME OF MARY PARISH, PROCTORSVILLE C/O LUDLOW; OUR LADY OF MERCY, PUTNEY; HOLY FAMILY PARISH, SPRINGFIELD; ST. ANTHONY'S PARISH, WHITE RIVER; OUR LADY FATIMA, WILMINGTON; ST. FRANCIS OF ASSISI PARISH, WINDSOR; OUR LADY OF THE SNOWS, WOODSTOCK; CHRIST OUR SAVIOR PARISH, MANCHESTER CENTER; ST. JOHN THE BAPTIST PARISH, NORTH BENNINGTON; ST. JOACHIM PARISH, READSBORO; SACRED HEART ST. FRANCIS DE SALES, BENNINGTON; ST. MONICA PARISH, BARRE; OUR LADY OF PERPETUAL HELP, BRADFORD; ST. FRANCIS OF ASSISI, NORWICH; | |

{LG 00966043 1 }

OUR LADY OF LIGHT, SOUTH STRAFFORD; ST. EUGENE, WELLS RIVER; MARY QUEEN OF ALL SAINTS, HARDWICK; ST. AUGUSTINE PARISH, MONTPELIER; THE MOST HOLY NAME OF JESUS PARISH, MORRISVILLE; ST. JOHN THE EVANGELIST PARISH, NORTHFIELD; BLESSED SACRAMENT CATHOLIC CHURCH, STOWE; OUR LADY OF THE SNOW AND ST. PATRICK'S PARISH, WAITSFIELD & MORETOWN; ST. ANDREW PARISH, WATERBURY; MOST HOLY TRINITY PARISH, BARTON; MATER DEI PARISH, DERBY LINE; CORPUS CHRISTI PARISH, ST. JOHNSBURY; ST. ANDRE BESSETTE PARISH, TROY; ST. MARY PARISH CHARITABLE TRUST, BRANDON; ST. BERNADETTE AND ST. GENEVIEVE PARISH, BRIDPORT C/O MIDDLEBURY; ST. JOHN THE BAPTIST PARISH, CASTLETON; OUR LADY OF SEVEN DOLORS PARISH, FAIR HAVEN; ANNUNCIATION OF THE BLESSED VIRGIN MARY, LUDLOW; ASSUMPTION OF THE BLESSED VIRGIN MARY (ST. MARY'S) PARISH, MIDDLEBURY; ST. FRANCES CABRINI PARISH, WEST PAWLET; ST. PAUL PARISH, ORWELL C/O CASTLETON; ST. ALPHONSUS, PITTSFORD; ST. RAPHAEL PARISH, POULTNEY; ST. DOMINIC PARISH, PROCTOR; CHRIST THE KING CHURCH, RUTLAND; ST. PETER, RUTLAND; ST. PATRICK PARISH, WALLINGFORD; ST. BRIDGET PARISH, WEST RUTLAND; ST. STANISLAUS KOSTKA PARISH, WEST RUTLAND; ST. JOHN THE BAPTIST, ENOSBURG; ST. LUKE, FAIRFAX; ST. PATRICK PARISH, FAIRFIELD; ST. ISIDORE PARISH, MONTGOMERY C/O RICHFORD; ALL SAINTS PARISH, RICHFORD; OUR LADY OF LOURDES PARISH, EAST BERKSHIRE; IMMACULATE CONCEPTION PARISH, ST. ALBANS; ASCENSION PARISH, GEORGIA C/O FAIRFAX; ST. ANTHONY PARISH, SHELDON SPRINGS; ST. MARY'S, FRANKLIN; CHURCH OF THE NATIVITY - ST. LOUIS PARISH, SWANTON; ST. ANTHONY ST. GEORGE PARISH, FAIRFIELD; CHRIST THE KING SCHOOL, BURLINGTON; ST. FRANCIS XAVIER, WINOOSKI; ST. MICHAEL SCHOOL, BRATTLEBORO; SACRED HEART SCHOOL, BENNINGTON; ST. MONICA - ST. MICHAEL SCHOOL, BARRE; ST. PAUL'S CATHOLIC SCHOOL, BARTON; CHRIST THE KING SCHOOL, RUTLAND; GOOD SHEPHERD CATHOLIC SCHOOL, ST. JOHNSBURY; ST. THERESE DIGITAL ACADEMY, BURLINGTON; and DOES 1 THROUGH 20, being intended to name any other parishes whose true name and identity is not yet known,

Defendants.

STATE OF NEW YORK   :
                    : ss.:
COUNTY OF ALBANY    :

PATRICIA HARTL, being duly sworn, deposes and says:

That she is over the age of 18 years; that she resides in Delmar, New York; that she is employed by Lemery Greisler LLC; that she served the **Summons, Adversary Proceeding Complaint with Exhibits; Order on Pre-Trial Deadlines; Scheduling Order Form 7026(f) and Election for Alternate Dispute Resolution (ADR)** upon the following parties:

Attached List of Defendants

by **First Class Mail**, on **August 5, 2026**, by depositing a true and correct copy of the same properly enclosed in a post-paid wrapper in the Official Depository maintained and exclusively controlled by the United States Postal Service at 677 Broadway, Albany, New York 12207, directed to said attorneys and/or defendants, respectively, at said addresses, respectively mentioned herein, that being the addresses within the state designated by them for that purpose upon the last papers served in this action or the place where said attorneys and/or defendants then resided or kept offices, according to the best information which can be conveniently obtained.

_____
Patricia Hartl

Sworn to before me this
_____ day of August, 2026.

_____
Notary Public

Kristine M. Sousis
Notary Public, State of New York
No. 01SO6312840
Qualified in Albany County
Commission Expires: October 6, 20__26

{LG 00966043 1 }

Fr. Justin Baker
Christ The King -
St. Anthony Parish
305 Flynn Ave
Burlington VT 05401

Fr. Steven Marchand
St. Ambrose Church, Bristol
11 School Street
Bristol, VT 05443

Rev. Domenico Pizzonia
St. Mary Church, Cambridge
312 North Main St.
Cambridge, VT 05444

Rev. James Zuccaro
Our Lady of Mt. Carmel Church
2894 Spear St., P.O. Box 158
Charlotte, Vermont 05445

Rev. Dallas St. Peter
Assistant Priest Rev. Thomas Mattison
Our Lady of Grace Parish Charitable Trust
784 Main Street
Colchester, VT 05446

Rev. Charles Ranges, S.S.E.
Holy Family - St. Lawrence Parish
158 West St.
Essex Junction, VT 05452

Rev. Dallas St. Peter
Assistant Priest Rev. Thomas Mattison
Our Lady of Grace Parish Charitable Trust
784 Main Street
Colchester, VT 05446

Rev. Dallas St. Peter
Assistant Priest Rev. Thomas Mattison
Our Lady of Grace Parish Charitable Trust
800 Main Street
Colchester, VT 05446

Pastor: Rev. Charles Ranges, S.S.E.
St. Pius X Church
20 Jericho Rd.
Essex, VT 05452

Rev. Charles Ranges, S.S.E.
Holy Family - St. Lawrence Parish
36 Lincoln St.
Essex Junction, VT 05452

{LG 00965872 1 }

Father Dallas St. Peter
Fr. Thomas Mattison
Holy Cross Parish Charitable Trust
416 Church Road
Colchester, VT  05446

Fr. Curtis  Miller
St. Ann Parish
41 Main Street, P.O. Box 1
Milton, VT  05468

Fr. Rod Oliver Saligan
Our Lade of the Holy Rosary Parish
64 West Main Street
P.O. Box 243
Richmond, VT  05477

Rev. Dwight H. Baker
St. Catherin of Siena
72 Church Street, P.O. Box 70
Shelburne, VT  05482

Fr. Timothy Naples
St. John Vianney Church
160 Hinesburg Road
South Burlington, VT  05403

Fr. Joseph Sanderson/Deason Phil Lawson
Our Lade of the Lake Parish Charitable Trust
501 US Route 2
South Hero, VT  05486

Rev. Domenico Pizzonia
St. Thomas Parish Charitable Trust
6 Green Street
Underhill Center, VT  05490-0003

Fr. Steven Marchand
St. Peter Parish Charitable Trust
85 South Maple St.
P.O. Box 324
Vergennes, VT  05491

Father Rod Oliver Saligan
Immaculate Heart of Mary Parish Charitable Trust
7415 Williston Road, P.O. Box 1047
Williston, VT  05495

Reverend Yvon Royer
Monsignor Richard G. Lavalley
St. Francis Xavier
3 Saint Peter Street
Winooski, VT  05404

Rev. Fr. Victor Cruz, HGN
St. Charles Parish Charitable Trust
31 Cherry Hill Street
Bellows Falls, VT  05101

Rev. Robert Murphy
Our Lady of the Valley Parish Charitable Trust
43 Hebard Hill Road
Randolph, VT  05060

Father Henry Furman
St. Michael Roman Catholic Church
47 Walnut Street
Brattleboro, VT  05301

Father Thomas Mosher
Holy Name of Parish
Proctorsville c/o Ludlow
7 Depot Street
Ludlow, VT  05419

Rev. Fr. Victor Cruz, HGN
Our Lady of Mercy
31 Cherry Hill
St. Bellow Falls, VT  05101

Fr. "Larry" Rogelio Organiza
Holy Family Parish Charitable Trust
10 Pleasant Street
Springfield, VT  05156

Fr. Cyrain G. Cauenas
St. Anthony's Parish Charitable Trust
15 Church Street
White River Junction, VT  05001

Rev. Kevin Chalifoux
Our Lady Fatima
9 E. Main St.
Wilmington, VT  05363

Rev. Fr. Cyrain G. Caubenas
St. Francis of Assisi Parish Charitable  Trust
28 Union St.
Windsor, VT 05089

Rev. Michael Augustinowitz
Our Lady of the Snows
7 South Street, P.O. Box 397
Woodstock, VT  05091

Reverend William Beaudin
Christ our Savier Parish
398 Bonnet St.
Manchester Center, VT  05255

Father Kevin Russeau, C.S.C.
St. John the Baptist Parish
3 Houghton St.
North Bennington, VT  05227

Rev. Kevin Chalifoux
St. Joachim Parish
342 Tunnel St.
Readsboro, VT  05350

Rev. Kevine Russeau, C.S.C.
Fr. James Dodson & Father Romanus Igwenonu
Sacred Heart St. Francis De Sales
238  Main St.
Bennington, VT  05201

Rev. Father Patrick J. Forman
Rev. Fr. Luan Tran
St. Monica Parish
79 Summer Street
Barre, VT  05641

Rev. Andrew Bednarowicz
Our Lady of Perpetual Help
113 Upper Plain
Bradford, VT  05033

Rev. Andrew Bednarowicz
St. Francis of Assisi
113 Upper Plain
Bradford, VT  05033

Rev. Andrew Bednarowicz
Our Lady of Light
113 Upper Plain
Bradford, VT  05033

Rev. Andrew Bendarowicz
St. Eugene
113 Upper Plain
Bradford, VT  05033

Rev. Raj Madri HGN
Mary Queen of All Saints
193 South Main Street
P.O. Box 496
Hardwick, VT  05843

{LG 00965872 1 }

Rev,. Fr. Patrick Forman
Fr. Luan Van Tran
St. Augustine Parish
16 Barre St.
Montpelier, VT  05602

Fr. Jon Schnobrich
Fr. Sahaya Paul Sebastian
The Most Holy Name of Jesus Parish
401 Brooklyn St.
Morrisville, VT  05661

Rev. Robert Murphy
St. John the Evangelist Parish Charitable Trust
206 Vine Street
Northfield, VT  05663

Fr. Jon Schnobrich
Fr. Sahaya Paul
Blessed Sacrament Catholic Church
728 Mountain Rd.
Stowe, VT  05672

Fr. Matthew Rensch
Our Lady of the Snow and
St. Patrick's Parish Charitable Trust
6305 Main St.
Waitsfield, VT  05673d

Fr. Matthew Rensch
St. Andrew Parish Charitable Trust
109 S. Main St.
Waterbury, VT  05676

Father Creg Caldwell
Most Holy Trinity Parish
85 St. Pauls Ln.
Barton, VT  05822

Rev. Fr. Benny Chittilappilly sdv
Fr. Anil Akkara, S.D.C.
Mater Dei Parish Charitable Trust
191 Clermont Terrace
Newport, VT  05855

Fr. Lance Harlow
Corpus Christi Parish
49 Winter Street
Saint Johnsbury, VT  05819

{LG 00965872 1 }

Fr. Rijo Kochupurackal SDC
St. Andre Bessette Parish Charitable Trust
130 South Pleasant St.
Troy, VT 05868

Fr. Maurice Moreau O.F.M. Cap.
St. Mary Parish Charitable Trust
38 Carver Street
Brandon, VT 057333

Fr. Brandon Schneider S.T.L., J.C.L., Judicial Vicar
St. Bernadette and
St. Genevieve Parish Charitable Trust
9 Crown Point Rd.
Bridport, VT 05734

Fr. Brandon Schneider S.T.L., J.C.L., Judicial Vicar
St. Bernadette and St. Genevieve Parish Charitable
Trust
73 Weybridge Street
Middlebury, VT 05753

Fr. Julian Asucan
Fr. Romanus Igweonu
St. John the Baptist Charitable Trust
45 North Road
Castleton, VT 05735

Rev. Fr. Julian Asucan
Our Lady of Seven Dolors Parish
Charitable Trust
10 Washington St.
Fair Haven, VT 05743

Father Thomas Mosher
Annunciation of the Blessed Virgin Mary
 Charitable Trust
7 N Depot St.
Ludlow, VT 05149

Rev. Brandon C. Schneider, JCL, STL
Assumption of the Blessed Virgin Mary (St. Mary's)
Parish Charitable Trust
326 College St.
Middlebury, VT 05753

St. Frances Cabrini Parish Charitable Trust
3714 Route 153
West Pawlet, VT 05775

St. Frances Cabrini Parish Charitable Trust
10 Washington Street
Fair Haven, VT 05743

Fr. Julian Asucan
Fr. Romanus Igweonu
St. Paul Parish Charitable Trust
73 Church Road
Orwell, VT  05760

Fr. Julian Asucan
Fr. Romanus Igweonu
St. Paul Parish Charitable Trust
45 North Road
Castleton,  VT  05735

Fr. Maurice Moreau, OFM Cap.
St. Alphonsus
2918 US-7
Pittsford, VT  05763

Rev. Fr. Julian Asucan
St. Raphael Parish
21 East Main Street
Poultney, VT  05764

Fr. Richard Crawley OFM Cap.
St. Dominic Parish Charitable Trust
45 South Street
Proctor, VT  05765

Fr. Richard Crawley OFM Cap.
St. Dominic Parish Charitable Trust
28 Church St. West
Rutland, VT 05777

Rev. Msgr. Bernard W. Bourgeois
Christ the King Church
66 S Main St.
Rutland, VT  05701

Fr. Maurice Moreau
St. Peter
134 Convent Ave.
Rutland, VT  05701

Rev. Msgr. Bernard W. Bourgeois
St. Patrick Parish
218 N. Main St.
Wallingford, VT  05773

Rev. Msgr. Bernard W. Bourgeois
St. Patrick Parish
66 S. Main St.
Rutland, VT 05701

Fr. Richard Crawley, O.F.M., Cap.
St. Bridget Parish Charitable Trust
28 Church St.
West Rutland, VT  05777

Fr. Richard Crawley, O.F.M., Cap.
St. Stanislaus Kostka Parish
Charitable Trust
11 Barnes St.
West Rutland, VT  05777

Fr. Daniel Jordan
Fr. Luis Barrera
St. John the Baptist
62 Missisquoi St. - P.O. Box 563
Enosburg Falls, VT  05450

Fr. Karl Hahr
St. Luke Charitable Trust
17 Huntville Road
Fairfax, VT  05454

Fr. Karl Hahr
St. Luke Charitable Trust
17 Huntville Road - P.O. Box 7
Fairfax, VT  05454

Father Jerome Mercure
St. Patrick Parish
116 Church Rd.
Fairfield, VT  05455

Fr. Daniel Jordan J.C.L.
Fr. Luis Barrera-Hernandez
St. Isidore Parish Charitable Trust
169 Mountain Road
Montgomery Center, VT  05471

Fr. Daniel Jordan J.C.L.
Fr. Luis Barrera-Hernandez
St. Isidore Parish Charitable Trust
152 Main Street
Richford, VT  05476

Fr. Daniel Jordan J.C.L.
Fr. Luis Barrera-Hernandez
All Saints Charitable Trust
152 Main Street
Richford, VT  05476

{LG 00965872 1 }

Fr. Daniel Jordan J.C.L.
Fr. Luis Barrera-Hernandez
Our Lady of Lourdes Parish Charitable Trust
2902 VT Route 105
East Berkshire, VT  05447

Father Christopher Micale
Immaculate Conception Parish
246 Lake St.
St. Albans City, VT  05478

Fr. Curtis Miller
Ascension Parish Charitable Trust
3157 Ethan Allen Highway
Georgia, VT  05478

Fr. Curtis Miller
Ascension Parish Charitable Trust
P.O. Box 7
Fairfax, VT  05454

Fr. Daniel Jordan J.C.L.
Fr. Luis Barrera-Hernandez
St. Anthony Parish Charitable Trust
117 Shawville Road
Sheldon Springs, VT  05458

Fr. Jerry  Mercure
Church of the Nativity - St. Louis Parish
65 Canada St.
Swanton, VT  05488

Fr. Jerome Mercure
St. Anthony St. George Parish
9491 VT-36
East Fairfield, VT  05448

Fr. Jerome Mercure
St. Anthony St. George Parish
P.O. Box 18
East Fairfield, VT  05455

Fr. Justin Baker
Christ The King School
136 Locust St.
Burlington, VT  05401

Reverend Yvon Royer
Monsignor Richard G. Lavalley
St. Francis Xavier
3 St. Peter St.
Winooski, VT  05404

Father Henry Furman
St. Michael School
48 Walnut St.
Brattleboro, VT  05301

Rev. Kevin Russeau
Sacred Heart School
307 School St.
Bennington, VT  05201

Father Pat Forman
Father Luan Tran
St. Monica - St. Michael School
79 Summer St. #2
Barre, VT  05641

Fr. Greg Caldwell
St. Paul's Catholic School
54 Eastern Ave.
Barton, VT  05822

Rev. Msgr. Bernard W. Bourgeois
Christ The King School
60 S. Main St.
Rutland, VT  05701

Father Lance Harlow
Good Shepherd Catholic School
121 Maple St.
St. Johnsbury, VT  05819

Father Henry Furman
St. Michael School
48 Walnut St.
Brattleboro, VT  05301

St. Mark Parish
1251 North Ave.
Burlington, VT 05408

St. Jude Church
PO Box 69, 10759 Rte. 116
Hinesburg, VT 05461

St. Mary's Church
145 Square Rd.
Franklin, VT 05457

St. Therese Digital Academy
55 Joy Dr.
South Burlington, VT 05403

{LG 00965872 1 }