## UNITED STATES BANKRUPTCY COURT

## DISTRICT OF VERMONT

In re

ROMAN CATHOLIC DIOCESE OF BURLINGTON, VERMONT,

    Debtor.

THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS,

    Plaintiff,

vs.

ROMAN CATHOLIC DIOCESE OF BURLINGTON, VERMONT; BISHOP JOHN J. McDERMOTT; RICE MEMORIAL HIGH SCHOOL; MOUNT ST. JOSEPH HIGH SCHOOL; CHRIST THE KING - ST. ANTHONY PARISH, BURLINGTON; ST. JOSEPH CO-CATHEDRAL, BURLINGTON; ST. MARK PARISH, BURLINGTON; ST. AMBROSE CHURCH, BRISTOL; ST. MARY CHURCH, CAMBRIDGE; OUR LADY OF MT. CARMEL CHURCH, CHARLOTTE; OUR LADY OF GRACE PARISH, COLCHESTER; ST. PIUS X CHURCH, ESSEX JUNCTION; HOLY FAMILY - ST. LAWRENCE PARISH, ESSEX JUNCTION; ST. JUDE CHURCH, HINESBURG; HOLY CROSS PARISH, COLCHESTER; ST. ANN PARISH, MILTON; OUR LADY OF THE HOLY ROSARY PARISH, RICHMOND; ST. CATHERINE OF SIENA, SHELBURNE; ST. JOHN VIANNEY CHURCH, SOUTH BURLINGTON; OUR LADY OF THE LAKE PARISH, SOUTH HERO; ST. THOMAS PARISH, UNDERHILL CENTER; ST. PETER PARISH , VERGENNES; IMMACULATE HEART OF MARY PARISH, WILLISTON; ST. FRANCIS XAVIER, WINOOSKI; ST. CHARLES PARISH, BELLOWS FALLS; OUR LADY OF THE VALLEY PARISH, RANDOLPH; ST. MICHAEL ROMAN CATHOLIC CHURCH, BRATTLEBORO; HOLY NAME OF MARY PARISH, PROCTORSVILLE C/O LUDLOW; OUR LADY OF MERCY, PUTNEY; HOLY FAMILY PARISH, SPRINGFIELD; ST. ANTHONY'S PARISH, WHITE RIVER; OUR LADY FATIMA, WILMINGTON; ST. FRANCIS OF ASSISI PARISH, WINDSOR; OUR LADY OF THE SNOWS, WOODSTOCK; CHRIST OUR SAVIOR PARISH, MANCHESTER CENTER; ST. JOHN THE BAPTIST PARISH, NORTH BENNINGTON; ST. JOACHIM PARISH, READSBORO; SACRED HEART ST. FRANCIS DE SALES, BENNINGTON; ST. MONICA PARISH, BARRE; OUR LADY OF PERPETUAL HELP, BRADFORD; ST. FRANCIS OF ASSISI, NORWICH; OUR LADY OF LIGHT, SOUTH STRAFFORD; ST. EUGENE, WELLS RIVER; MARY QUEEN OF ALL SAINTS, HARDWICK; ST. AUGUSTINE PARISH,

Case No. 24-10205 (HZC)
Chapter 11

Adv. Proc. 26-01005

**AFFIDAVIT OF SERVICE**

MONTPELIER; THE MOST HOLY NAME OF JESUS PARISH, MORRISVILLE; ST. JOHN THE EVANGELIST PARISH, NORTHFIELD; BLESSED SACRAMENT CATHOLIC CHURCH, STOWE; OUR LADY OF THE SNOW AND ST. PATRICK'S PARISH, WAITSFIELD & MORETOWN; ST. ANDREW PARISH, WATERBURY; MOST HOLY TRINITY PARISH, BARTON; MATER DEI PARISH, DERBY LINE; CORPUS CHRISTI PARISH, ST. JOHNSBURY; ST. ANDRE BESSETTE PARISH, TROY; ST. MARY PARISH CHARITABLE TRUST, BRANDON; ST. BERNADETTE AND ST. GENEVIEVE PARISH, BRIDPORT C/O MIDDLEBURY; ST. JOHN THE BAPTIST PARISH, CASTLETON; OUR LADY OF SEVEN DOLORS PARISH, FAIR HAVEN; ANNUNCIATION OF THE BLESSED VIRGIN MARY, LUDLOW; ASSUMPTION OF THE BLESSED VIRGIN MARY (ST. MARY'S) PARISH, MIDDLEBURY; ST. FRANCES CABRINI PARISH, WEST PAWLET; ST. PAUL PARISH, ORWELL C/O CASTLETON; ST. ALPHONSUS, PITTSFORD; ST. RAPHAEL PARISH, POULTNEY; ST. DOMINIC PARISH, PROCTOR; CHRIST THE KING CHURCH, RUTLAND; ST. PETER, RUTLAND; ST. PATRICK PARISH, WALLINGFORD; ST. BRIDGET PARISH, WEST RUTLAND; ST. STANISLAUS KOSTKA PARISH, WEST RUTLAND; ST. JOHN THE BAPTIST, ENOSBURG; ST. LUKE, FAIRFAX; ST. PATRICK PARISH, FAIRFIELD; ST. ISIDORE PARISH, MONTGOMERY C/O RICHFORD; ALL SAINTS PARISH, RICHFORD; OUR LADY OF LOURDES PARISH, EAST BERKSHIRE; IMMACULATE CONCEPTION PARISH, ST. ALBANS; ASCENSION PARISH, GEORGIA C/O FAIRFAX; ST. ANTHONY PARISH, SHELDON SPRINGS; ST. MARY'S, FRANKLIN; CHURCH OF THE NATIVITY - ST. LOUIS PARISH, SWANTON; ST. ANTHONY ST. GEORGE PARISH, FAIRFIELD; CHRIST THE KING SCHOOL, BURLINGTON; ST. FRANCIS XAVIER, WINOOSKI; ST. MICHAEL SCHOOL, BRATTLEBORO; SACRED HEART SCHOOL, BENNINGTON; ST. MONICA - ST. MICHAEL SCHOOL, BARRE; ST. PAUL'S CATHOLIC SCHOOL, BARTON; CHRIST THE KING SCHOOL, RUTLAND; GOOD SHEPHERD CATHOLIC SCHOOL, ST. JOHNSBURY; ST. THERESE DIGITAL ACADEMY, BURLINGTON; and DOES 1 THROUGH 20, being intended to name any other parishes whose true name and identity is not yet known,

Defendants.

STATE OF NEW YORK        :

                    : ss.:

COUNTY OF ALBANY         :

       PATRICIA HARTL, being duly sworn, deposes and says:

       That she is over the age of 18 years; that she resides in Delmar, New York; that she is employed by Lemery Greisler LLC; that she served the **Summons, Adversary Proceeding Complaint with Exhibits; Order on Pre-Trial Deadlines; Scheduling Order Form 7026(f) and Election for Alternate Dispute Resolution (ADR)** upon the following parties:

> Roman Catholic Diocese of Burlington Vermont
> 55 Joy Drive
> South Burlington, VT  05403
>
> Bishop John J. McDermott
> St. Joseph Co-Cathedral, Burlington
> 113 Elmwood Ave.
> Burlington, VT  05401
>
> Father Dallas St. Peter
> Rice Memorial High School
> 99 Proctor Ave.
> South Burlington, VT  05403
>
> Mount St. Joseph High School
> 127 Convent Ave.
> Rutland, VT  05701

by **First Class Mail**, on **August 12, 2026**, by depositing a true and correct copy of the same properly enclosed in a post-paid wrapper in the Official Depository maintained and exclusively controlled by the United States Postal Service at 677 Broadway, Albany, New York 12207, directed to said attorneys and/or defendants, respectively, at said addresses, respectively mentioned herein, that being the addresses within the state designated by them for that purpose upon the last papers served in this action or the place where said attorneys and/or defendants then resided or kept offices, according to the best information which can be conveniently obtained.

                                          _____
                                                Patricia Hartl

Sworn to before me this
12th day of August, 2026.

_____
      Notary Public

Kristine M. Sousis
**Notary** Public, State of New York
No. 01SO6312840
Qualified in Albany County
Commission Expires: October 6, 20_____