EST. 1882
MOUNT
ST. JOSEPH
ACADEMY

September 2, 2026

Honorable Heather Z. Cooper
United States Bankruptcy Court, District of Vermont
11 Elmwood Ave, Rm 200
Burlington, VT 05401

**Re:** ***In re Roman Catholic Diocese of Burlington, Vermont, Case No. 24-10205 (HZC)***
***Adversary Proceeding No. 26-01005 (HZC)***
***Request for Extension of Time to Answer or Otherwise Respond to Complaint***

Dear Judge Cooper:

My name is Michael Audette, and I am the principal of Mount St. Joseph Academy in Rutland, Vermont.

MSJ received a copy of the Complaint for Declaratory Relief, Avoidance of Fraudulent Transfers, and Turnover (Doc. No. 849) by mail. The Complaint was dated July 31, 2026, the summons was issued on August 3, 2026, and the certificate of service indicates that the Complaint was mailed on August 12, 2026. I understand that MSJ may need to respond to this Complaint, but I also understand that the summons may not have been served in a timely manner.

As principal of the school, I receive a substantial volume of paperwork relating to the Diocese's bankruptcy case, and I did not realize until recently that the school may be required to file an answer to the Complaint. The school is currently in the process of retaining counsel to represent it in this matter, and we respectfully request additional time so that counsel can be retained and given a reasonable opportunity to analyze the service issue and prepare an Answer if necessary.

In light of the above, I am respectfully requesting a 30-day extension, until October 2, 2026, of the deadline for the school to answer or otherwise respond to the Complaint.

Thank you for your consideration of this request.

Respectfully submitted,

Michael Audette
Principal, Mount St. Joseph Academy