UNITED STATES BANKRUPTCY COURT DISTRICT OF VERMONT
Filed & Entered On Docket 09/02/2026

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF VERMONT**

| | | |
|---|---|---|
| **In re:** | ) | |
| | ) | |
| **ROMAN CATHOLIC DIOCESE OF BURLINGTON, VERMONT, Debtor in Possession.** | ) | **Case No. 24-10205 Chapter 11** |
| | ) | |
| **THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS, Plaintiff,** | ) | **Adv. Proc. No. 26-01005** |
| **v.** | ) | |
| **ROMAN CATHOLIC DIOCESE OF BURLINGTON, VERMONT, et al., Defendant.** | ) | |

**ORDER GRANTING MOTION TO EXTEND TIME**

This matter came before the Court on Defendant Mount St. Joseph Academy's Motion for Extension of Time to Answer or Otherwise Respond to Complaint (the Motion).[1]

**THE COURT FINDS** the Motion was filed before the deadline it seeks to extend.[2]

Therefore, for the reasons set forth in the Motion, **IT IS HEREBY ORDERED** that the period for Mount St. Joseph Academy to answer or otherwise respond to the complaint in this adversary proceeding is extended to **October 2, 2026**.

**SO ORDERED.**

September 2, 2026
Burlington, Vermont

Heather Z. Cooper
United States Bankruptcy Judge

[1] ECF 10.

[2] *See* Fed. R. Bankr. P. 9006(b)(1)(A).