**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF VERMONT**

In re:

Roman Catholic Diocese of Burlington, Vermont,

Debtor.

Case No.: 24-10205-HZC
Chapter 11 Case

The Official Committee of Unsecured Creditors,

Plaintiff,

vs.

Adversary Case No.: 26-01005

Roman Catholic Diocese of Burlington, Vermont; Bishop John J. McDermott; Rice Memorial High School; Mount St. Joseph High School; Christ the King - St. Anthony Parish, Burlington; St. Joseph Co-Cathedral, Burlington; St. Mark Parish, Burlington; St. Ambrose Church, Bristol; St. Mary Church, Cambridge; Our Lady of Mt. Carmel Church, Charlotte; Our Lady of Grace Parish, Colchester; St. Pius X Church, Essex Junction; Holy Family - St. Lawrence Parish, Essex Junction; St. Jude Church, Hinesburg; Holy Cross Parish, Colchester; St. Ann Parish, Milton; Our Lady of the Holy Rosary Parish, Richmond; St. Catherine of Siena, Shelburne; St. John Vianney Church, South Burlington; Our Lady of the Lake Parish, South Hero; St. Thomas Parish, Underhill Center; St. Peter Parish, Vergennes; Immaculate Heart of Mary Parish, Williston; St. Francis Xavier, Winooski; St. Charles Parish, Bellows Falls; Our Lady of the Valley Parish, Randolph; St. Michael Roman Catholic Church, Brattleboro; Holy Name of Mary Parish, Proctorsville c/o Ludlow; Our Lady of Mercy, Putney; Holy Family Parish, Springfield; St. Anthony's Parish, White River; Our Lady of Fatima, Wilmington; St. Francis of Assisi Parish, Windsor; Our Lady of the Snows, Woodstock; Christ Our Savior Parish, Manchester Center; St. John the Baptist Parish, North Bennington; St. Joachim Parish, Readsboro; Sacred Heart St. Francis de Sales, Bennington; St. Monica

Parish, Barre; Our Lady of Perpetual Help, Bradford; St. Francis of Assisi, Norwich; Our Lady of Light, South Strafford; St. Eugene, Wells River; Mary Queen of All Saints, Hardwick; St. Augustine Parish, Montpelier; The Most Holy Name of Jesus Parish, Morrisville; St. John the Evangelist Parish, Northfield; Blessed Sacrament Catholic Church, Stowe; Our Lady of the Snow and St. Patrick's Parish, Waitsfield & Moretown; St. Andrew Parish, Waterbury; Most Holy Trinity Parish, Barton; Mater Dei Parish, Derby Line; Corpus Christi Parish, St. Johnsbury; St. Andre Bessette Parish, Troy; St. Mary Parish Charitable Trust, Brandon; St. Bernadette and St. Genevieve Parish, Bridport c/o Middlebury; St. John the Baptist Parish, Castleton; Our Lady of Seven Dolors Parish, Fair Haven; Annunciation of the Blessed Virgin Mary, Ludlow; Assumption of the Blessed Virgin Mary (St. Mary's) Parish, Middlebury; St. Frances Cabrini Parish, West Pawlet; St. Paul Parish, Orwell c/o Castleton; St. Alphonsus, Pittsford; St. Raphael Parish, Poultney; St. Dominic Parish, Proctor; Christ the King Church, Rutland; St. Peter, Rutland; St. Patrick Parish, Wallingford; St. Bridget Parish, West Rutland; St. Stanislaus Kostka Parish, West Rutland; St. John the Baptist, Enosburg; St. Luke, Fairfax; St. Patrick Parish, Fairfield; St. Isidore Parish, Montgomery c/o Richford; All Saints Parish, Richford; Our Lady of Lourdes Parish, East Berkshire; Immaculate Conception Parish, St. Albans; Ascension Parish, Georgia c/o Fairfax; St. Anthony Parish, Sheldon Springs; St. Mary's, Franklin; Church of the Nativity - St. Louis Parish, Swanton; St. Anthony St. George Parish, Fairfield; Christ the King School, Burlington; St. Francis Xavier, Winooski; St. Michael School, Brattleboro; Sacred Heart School, Bennington; St. Monica - St. Michael School, Barre; St. Paul's Catholic School, Barton; Christ the King School, Rutland; Good Shepherd Catholic School, St. Johnsbury; St. Therese Digital Academy, Burlington; and Does 1 Through 20, being intended to name any other parishes whose true name and identity is not yet known.

Defendants.

## NOTICE OF DEFENDANTS' MOTION TO DISMISS THE ADVERSARY PROCEEDING

**A MOTION FOR** entry of an order dismissing the Official Committee of Unsecured Creditors' Complaint against the Roman Catholic Diocese of Burlington, Vermont (the "Diocese") was filed on Wednesday, September 2, 2026, by the Defendants (except the Diocese, Mount St. Joseph High School and Rice Memorial High School (ECF 13).

**IF YOU OPPOSE THE MOTION,** you must file a written response with the Clerk of Court specifying your opposition to the motion, **on or before 4:00 P.M. (prevailing Eastern time) on Wednesday, September 16, 2026** in accordance with Appendix VII - Guide to Docket Events and Noticing Procedures. If you file a written objection, you must also serve a copy of that written objection on the Defendants' attorneys so that the written objection is received on or before such date and time. Addresses for the Defendants' attorneys are set forth in the signature block below.

**IF A RESPONSE TO THE MOTION IS TIMELY FILED**, the Court may hold a hearing on the motion, unless the Court deems no hearing is necessary and enters an order prior to setting a hearing.

If you choose to appear by Zoomgov at a scheduled hearing, you must follow the process set forth in Appendix IX to the Court's Local Rules (available on the Court's website), including requirements regarding use of both audio and video components, notice to the courtroom deputy, and limitations of remote participation. If you have any questions regarding this process, you are encouraged to contact the courtroom deputy by email at VTB_CRD@vtb.uscourts.gov or by telephone at (802) 657-6400.

**IF NO RESPONSE IS TIMELY FILED**, the Court **may** deem the motion unopposed and grant the motion without a hearing. Note: If an order has not been entered before any hearing, the hearing shall proceed and the Defendants must appear.

Dated: September 2, 2026

*/s/ Kaveh S. Shahi*

Kaveh S. Shahi, Esq.
GFELLER LAURIE LLP
110 Merchants Row, Ste. 3
Rutland, VT 05701
(802) 775-8800
kshahi@gllawgroup.com

**ATTORNEYS FOR DEFENDANTS (Excepting the Diocese, Mount St. Joseph High School, and Rice Memorial High School)**