**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF VERMONT**

Filed & Entered
On Docket
09/02/2026

**In re:**

**ROMAN CATHOLIC DIOCESE OF BURLINGTON, VERMONT,**
**Debtor in Possession.**

**Case No. 24-10205**
**Chapter 11**

---

**THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS,**
**Plaintiff,**

**v.**

**ROMAN CATHOLIC DIOCESE OF BURLINGTON, VERMONT, et al.,**
**Defendant.**

**Adv. Proc. No. 26-01005**

**ORDER GRANTING MOTION TO EXTEND TIME**

This matter came before the Court on Defendant Mount St. Joseph Academy's Motion for Extension of Time to Answer or Otherwise Respond to Complaint (the Motion).[1]

**THE COURT FINDS** the Motion was filed before the deadline it seeks to extend.[2]

Therefore, for the reasons set forth in the Motion, **IT IS HEREBY ORDERED** that the period for Mount St. Joseph Academy to answer or otherwise respond to the complaint in this adversary proceeding is extended to **October 2, 2026**.

**SO ORDERED.**

September 2, 2026
Burlington, Vermont

Heather Z. Cooper
United States Bankruptcy Judge

[1] ECF 10.

[2] *See* Fed. R. Bankr. P. 9006(b)(1)(A).

United States Bankruptcy Court
District of Vermont

The Official Committee of Unsecured Cred,
Plaintiff
Roman Catholic Diocese of Burlington Ver,
Defendant

Adv. Proc. No. 26-01005-hzc

# CERTIFICATE OF NOTICE

District/off: 0210-2 User: admin Page 1 of 3
Date Rcvd: Sep 02, 2026 Form ID: pdf687 Total Noticed: 4

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 04, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| aty | | Brittany M. Michael, Pachulski Stang Zeihl & Jones LLP, 780 Third Avenue, 34th Floor, New York, NY 10017-2024 |
| dft | + | Roman Catholic Diocese of Burlington Vermont, 55 Joy Drive, South Burlington, VT 05403-6999 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| ust | + | Email/Text: ustpregion02.vt.ecf@usdoj.gov | Sep 02 2026 20:01:00 | U S Trustee, Office of the United States Trustee, Leo O'Brien Federal Building, 11A Clinton Ave., Room 620, Albany, NY 12207-2370 |
| ust | + | Email/Text: ustpregion02.nh.ecf@usdoj.gov | Sep 02 2026 20:01:00 | U. S. Trustee, Office of the U.S. Trustee, Giaimo Federal Building, 150 Court Street, Room 302, New Haven, CT 06510-2022 |

TOTAL: 2

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| dft | | All Saints Parish, Richford |
| dft | | And DOES 1 through 20, being intended to name any |
| dft | | Annunciation of the Blessed Virgin Mary, Ludlow |
| dft | | Ascension Parish, Georgia c/o Fairfax |
| dft | | Assumption of the Blessed Virgin Mary (St. Mary's) |
| dft | | Bishop John J. McDermott |
| dft | | Blessed Sacrament Catholic Church, Stowe |
| dft | | Christ Our Savior Parish, Manchester Center |
| dft | | Christ the King School, Burlington |
| dft | | Christ the King School, Rutland |
| dft | | Church of the Nativity - St. Louis Parish, Swanton |
| dft | | Corpus Christi Parish, St. Johnsbury |
| dft | | Good Shepherd Catholic School, St. Johnsbury |
| dft | | Holy Family - St. Lawrence Parish, Essex Junction |
| dft | | Holy Family Parish, Springfield |
| dft | | Holy Name of Mary Parish, Proctorsville c/o Ludlow |
| dft | | Immaculate Conception Parish, St. Albans |
| dft | | Immaculate Heart of Mary Parish, Williston |
| dft | | Mary Queen of All Saints, Hardwick |
| dft | | Most Holy Trinity Parish, Barton |
| dft | | Mount St. Joseph High School |
| dft | | Our Lady Fatima, Wilmington |
| dft | | Our Lady of Light, South Strafford |
| dft | | Our Lady of Lourdes Parish, East Berkshire |

| | |
|---|---|
| dft | Our Lady of Mercy, Putney |
| dft | Our Lady of Mt. Carmel Church, Charlotte |
| dft | Our Lady of Perpetual Help, Bradford |
| dft | Our Lady of Seven Dolors Parish, Fair Haven |
| dft | Our Lady of the Holy Rosary Parish, Richmond |
| dft | Our Lady of the Lake Parish, South Hero |
| dft | Our Lady of the Snow and St. Patrick's Parish, Wai |
| dft | Our Lady of the Snows, Woodstock |
| dft | Our Lady of the Valley Parish, Randolph |
| dft | Rice Memorial High School |
| dft | Sacred Heart School, Bennington |
| dft | Sacred Heart St. Francis de Sales, Bennington |
| dft | St. Alphonsus, Pittsford |
| dft | St. Ambrose Church, Bristol |
| dft | St. Andre Bessette Parish, Troy |
| dft | St. Andrew Parish, Waterbury |
| dft | St. Ann Parish, Milton |
| dft | St. Anthony Parish, Sheldon Springs |
| dft | St. Anthony St. George Parish, Fairfield |
| dft | St. Anthony's Parish, White River |
| dft | St. Bernadette and St. Genevieve Parish, Bridport |
| dft | St. Bridget Parish, West Rutland |
| dft | St. Catherine of Siena, Shelburne |
| dft | St. Charles Parish, Bellows Falls |
| dft | St. Dominic Parish, Proctor |
| dft | St. Eugene, Wells River |
| dft | St. Frances Cabrini Parish, West Pawlet |
| dft | St. Francis Xavier, Winooski |
| dft | St. Francis of Assisi Parish, Windsor |
| dft | St. Francis of Assisi, Norwich |
| dft | St. Isidore Parish, Montgomery c/o Richford |
| dft | St. Joachim Parish, Readsboro |
| dft | St. John Vianney Church, South Burlington |
| dft | St. John the Baptist Parish, Castleton |
| dft | St. John the Baptist, Enosburg |
| dft | St. John the Evangelist Parish, Northfield |
| dft | St. Joseph Co-Cathedral, Burlington |
| dft | St. Jude Church, Hinesburg |
| dft | St. Luke, Fairfax |
| dft | St. Mark Parish, Burlington |
| dft | St. Mary Church, Cambridge |
| dft | St. Mary Parish Charitable Trust, Brandon |
| dft | St. Mary's, Franklin |
| dft | St. Michael Roman Catholic Church, Brattleboro |
| dft | St. Michael School, Brattleboro |
| dft | St. Monica - St. Michael School, Barre |
| dft | St. Patrick Parish, Fairfield |
| dft | St. Patrick Parish, Wallingford |
| dft | St. Paul Parish, Orwell c/o Castleton |
| dft | St. Paul's Catholic School, Barton |
| dft | St. Peter Parish, Vergennes |
| dft | St. Peter, Rutland |
| dft | St. Pius X Church, Essex Junction |
| dft | St. Raphael Parish, Poultney |
| dft | St. Stanislaus Kostka Parish, West Rutland |
| dft | St. Therese Digital Academy, Burlington |
| dft | St. Thomas Parish, Underhill Center |
| dft | The Most Holy Name of Jesus Parish, Morrisville |

TOTAL: 82 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 04, 2026 Signature: /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 2, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Katherine Nixon | on behalf of Defendant Roman Catholic Diocese of Burlington Vermont knixon@fredlaw.com sstallings@fredlaw.com;docketing@fredlaw.com |
| Kaveh Shahi | on behalf of Defendant Mater Dei Parish Derby Line kshahi@gllawgroup.com |
| Kaveh Shahi | on behalf of Defendant Our Lady of Grace Parish Colchester kshahi@gllawgroup.com |
| Kaveh Shahi | on behalf of Defendant Holy Cross Parish Colchester kshahi@gllawgroup.com |
| Kaveh Shahi | on behalf of Defendant St. Monica Parish Barre kshahi@gllawgroup.com |
| Kaveh Shahi | on behalf of Defendant St. John the Baptist Parish North Bennington kshahi@gllawgroup.com |
| Kaveh Shahi | on behalf of Defendant Christ the King Church Rutland kshahi@gllawgroup.com |
| Kaveh Shahi | on behalf of Defendant Christ The King - St. Anthony Parish Burlington kshahi@gllawgroup.com |
| Kaveh Shahi | on behalf of Defendant St. Augustine Parish Montpelier kshahi@gllawgroup.com |
| Paul A Levine | on behalf of Plaintiff The Official Committee of Unsecured Creditors plevine@lemerygreisler.com phartl@lemerygreisler.com |
| Samuel Andre | on behalf of Defendant Roman Catholic Diocese of Burlington Vermont sandre@fredlaw.com docketing@fredlaw.com;mcalhoun@fredlaw.com;sstallings@fredlaw.com |
| Steven Robert Kinsella | on behalf of Defendant Roman Catholic Diocese of Burlington Vermont skinsella@fredlaw.com sstallings@fredlaw.com;docketing@fredlaw.com |

TOTAL: 12