Mount St. Joseph Academy
127 Convent Avenue
Rutland, VT 05701
802.775.0151

October 2, 2026

The Honorable Heather Z. Cooper
United States Bankruptcy Court
District of Vermont
151 West Street
Rutland, Vermont 05701

Re: *In Re: Roman Catholic Diocese of Burlington, Vermont*, Case No.: 25-10205(HZC);
*Adversary Proceeding No. 26-01005(HZC)*
*MSJ's Second Request for Time to Respond to Adversary Proceeding*

Dear Judge Cooper:

I am the principal of Mount Saint Joseph Academy ("MSJ") in Rutland, Vermont. On September 2, 2026, I wrote to the Court requesting additional time to respond to the Complaint in the Adversary Proceeding. The Court granted that request. Since that time, the parties to the Bankruptcy Proceeding attended a mediation on September 26 and 27th, 2026, where a settlement was not reached. After the mediation, the Diocese filed a Motion to Dismiss the Bankruptcy Proceeding (Doc. 905). There is a hearing scheduled on the Motion in December.

Given the pending Motion to Dismiss the Chapter 11 Bankruptcy Case, I am making a second request for additional time to file MSJ's response to the Complaint in the Adversary Proceeding. I request that the response not be due until seven ("7") days after the Court makes a determination on the Motion, if the Motion is denied. It is my understanding that if the Motion is granted and the Bankruptcy Proceeding dismissed, the Adversary Proceeding will be dismissed as well, which would render the need for a response to the Complaint moot.

Thank you for your consideration.

Respectfully submitted,

Michael Audette
Principal, Mount St. Joseph Academy