PACHULSKI
STANG
ZIEHL &
JONES

LOS ANGELES
10100 SANTA MONICA BLVD. 13TH FL.
LOS ANGELES, CALIFORNIA 90067-4003
310.277.6910

NEW YORK
1700 BROADWAY, 36TH FL.
NEW YORK, NEW YORK 10019
212.561.7700

WILMINGTON
919 NORTH MARKET STREET, 17TH FLOOR,
P.O. BOX 8705
WILMINGTON, DELAWARE 19899-8705
302.652.4100

HOUSTON
700 LOUISIANA STREET, STE. 4500
HOUSTON, TEXAS 77002
713.691.9385

SAN FRANCISCO
ONE SANSOME STREET, 34TH FL. STE. 3430
SAN FRANCISCO, CALIFORNIA 94104
415.263.7000

October 2, 2026

The Honorable Heather Z. Cooper
United States Bankruptcy Court
District of Vermont
151 West Street
Rutland, Vermont 05701

**Re:** *In re: Roman Catholic Diocese of Burlington, Vermont,*
*Case No. 24-10205 (HZC)*
*Adversary Proceeding No. 26-01005 (HZC)*
*Response of the Official Committee of Unsecured Creditors to MSJ's Second Request for Extension of Time*

Dear Judge Cooper:

This firm represents the Official Committee of Unsecured Creditors (the “Committee”) in the above-captioned chapter 11 case. We write in response to the October 2, 2026 letter from Michael Audette, Principal of Mount St. Joseph Academy (“MSJ”), requesting a second extension of MSJ's deadline to file an answer to the complaint in the above-referenced adversary proceeding (the “Adversary Proceeding”).

The Committee does not object to a further extension of MSJ's deadline to respond to the complaint and is prepared to voluntarily enter an appropriate stipulation without intervention by the Court. Specifically, the Committee will stipulate to a fixed extension of approximately three months, through and including January 2, 2027.

The Committee does, however, object to the implication in MSJ’s letter that the Adversary Proceeding is, or should be treated as, stayed pending the Court’s resolution of the Diocese’s motion to dismiss the Chapter 11 case (Doc. 905). No stay of the Adversary Proceeding has been sought or entered, and the Committee intends to oppose dismissal and so does not agree that the Adversary Proceeding should languish until the Diocese’s motion is heard.

The Committee reserves all rights with respect to the motion to dismiss, including as to any effect its resolution may have on the Adversary Proceeding, and nothing in this letter should be construed as a concession on that issue.

The Committee will confer with MSJ to submit a stipulation and proposed order reflecting the extension to answer. Thank you for the Court's consideration.

Respectfully submitted,

**PACHULSKI STANG ZIEHL & JONES LLP**

*/s/ Brittany M. Michael*
Brittany M. Michael
Counsel to the Official Committee of Unsecured Creditors

**cc:** Michael Audette, Principal, Mount St. Joseph Academy
All parties receiving notice via the Court's CM/ECF system