**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF VERMONT**

| | |
|---|---|
| In re:<br><br>ROMAN CATHOLIC DIOCESE OF BURLINGTON, VERMONT,<br><br>Debtor. | Chapter 11<br><br>Case No. 24-10205-HZC |
| OFFICIAL COMMITTEE OF UNSECURED CREDITORS,<br><br>Plaintiff,<br><br>v.<br><br>ROMAN CATHOLIC DIOCESE OF BURLINGTON, VERMONT, *et al.*,<br><br>Defendants. | Adversary Proceeding<br>No. 26-01005 |

**STIPULATION EXTENDING MOUNT ST. JOSEPH ACADEMY'S DEADLINE TO ANSWER COMPLAINT**

The Official Committee of Unsecured Creditors of the Roman Catholic Diocese of Burlington, Vermont (the "Committee") and defendant Mount St. Joseph Academy, erroneously sued as Mount St. Joseph High School ("MSJ"), by and through their counsel, stipulate as follows:

WHEREAS, on July 31, 2026, the Committee commenced the above-referenced adversary proceeding by filing a *Complaint for Declaratory Relief*, *Avoidance of Fraudulent Transfers, and Turnover* ("Complaint");

WHEREAS, on August 12, 2026, the Summons, Complaint, Order on Pre-trial Deadlines, Scheduling Order Form 7026(f), and Election for Alternative Dispute Resolution were duly served on MSJ;

WHEREAS, on September 2, 2026, MSJ requested and received additional time to respond to the Complaint through October 2, 2026;

WHEREAS, on October 2, 2026, following the Court's order denying certain motions to dismiss filed by other defendants, MSJ requested a second extension of time to respond to the Complaint;

**NOW, THEREFORE**, the Committee and MSJ hereby agree as follows:

1. The deadline by which MSJ must answer or otherwise respond to the Complaint herein is extended to **January 5, 2027**.

2. The scheduling conference presently scheduled on December 8, 2026 will remain in place and MSJ will have the opportunity to participate in the preparation and submission of a Scheduling Order pursuant to Federal Rule of Bankruptcy Procedure 7026(f) and the Court's Order on Pre-trial Deadlines.

3. The Court shall retain jurisdiction with respect to all matters arising from or related to the implementation, interpretation or enforcement of this Stipulation.

Dated: October 19, 2026

Respectfully submitted,

LEMERY GREISLER LLC

/s/ Paul A. Levine
Paul A. Levine, Esq.
Local Counsel to the Official Committee of Unsecured Creditors
677 Broadway, 8th Floor
Albany, New York 12207
(518) 433-8800
Email: plevine@lemerygreisler.com

– and –

PACHULSKI STANG ZIEHL & JONES LLP
James I. Stang (Admitted Pro Hac Vice)
Brittany M. Michael (Admitted Pro Hac Vice)
Gail S. Greenwood (Admitted Pro Hac Vice)
780 Third Avenue, 34th Floor
New York, NY 10017
Telephone: (212) 561-7700
Email: jstang@pszjlaw.com
bmichael@pszjlaw.com
ggreenwood@pszjlaw.com

Counsel to the Official Committee of Unsecured Creditors

Dated: October 19, 2026

RYAN SMITH & CARBINE, LTD.

*/s/ Francesca Bove*_____
Francesca M. Bove, Esq
*Attorneys for Defendant*
*Mount St. Joseph Academy*
98 Merchants Row
Rutland, VT 05701
(802) 786-1053
fmb@rsclaw.com