**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF VERMONT**

| | |
|---|---|
| In re:<br><br>ROMAN CATHOLIC DIOCESE OF BURLINGTON, VERMONT,<br><br>Debtor. | Chapter 11<br><br>Case No. 24-10205-HZC |
| OFFICIAL COMMITTEE OF UNSECURED CREDITORS,<br><br>Plaintiff,<br><br>v.<br><br>ROMAN CATHOLIC DIOCESE OF BURLINGTON, VERMONT, *et al.*,<br><br>Defendants. | Adversary Proceeding<br>No. 26-01005 |

**ORDER APPROVING STIPULATION EXTENDING MOUNT ST. JOSEPH ACADEMY'S DEADLINE TO ANSWER COMPLAINT**

This matter came before the Court on the *Stipulation Extending Mount St. Joseph Academy's Deadline to Answer Complaint* [Docket No. __] by and between the Official Committee of Unsecured Creditors of the Roman Catholic Diocese of Burlington, Vermont (the "Committee") and defendant Mount St. Joseph Academy, erroneously sued as Mount St. Joseph High School ("MSJ"). Good cause appearing,

**IT IS HEREBY ORDERED:**

1. The deadline by which MSJ must answer or otherwise respond to the Complaint is extended to January 5, 2027.

2. The scheduling conference presently scheduled on December 8, 2026 will remain in place and MSJ will have the opportunity to participate in the preparation and submission of a Scheduling Order pursuant to Federal Rule of Bankruptcy Procedure 7026(f) and the Court's Order on Pre-trial Deadlines.

3. The Court shall retain jurisdiction with respect to all matters arising from or related to the implementation, interpretation or enforcement of this Stipulation.

Dated: October __, 2026
Burlington, Vermont

__________________________
Heather Z. Cooper
United States Bankruptcy Judge