**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF VERMONT**

UNITED STATES BANKRUPTCY COURT DISTRICT OF VERMONT
Filed & Entered
On Docket
10/20/2026

| | | |
|---|---|---|
| **In re:** | ) | |
| | ) | |
| **ROMAN CATHOLIC DIOCESE OF, BURLINGTON, VERMONT,** | ) | **Case No. 24-10205** |
| **Debtor.** | ) | **Chapter 11** |
| | ) | |
| **THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS,** | ) | |
| **Plaintiff,** | ) | **Adv. Proc. No. 26-01005** |
| **v.** | ) | |
| **ROMAN CATHOLIC DIOCESE OF BURLINGTON, VERMONT, et al.,** | ) | |
| **Defendants.** | ) | |

**ORDER APPROVING IN PART AND DENYING IN PART STIPULATION EXTENDING TIME TO ANSWER**

The Official Committee of Unsecured Creditors (Plaintiff) filed the above-captioned Adversary Proceeding (AP) on July 31, 2026.[1] On August 5, 2026, Plaintiff served the complaint on all defendants, along with a summons that required defendants to file a responsive pleading within 30 days after the summons was issued.[2]

On September 2, 2026, Defendant Mount St. Joseph Academy (MSJ) filed a Request to Extend Time to File Answer to Complaint, in which it requested additional time so it could retain an attorney and file a responsive pleading.[3] The Court granted this request and extended MSJ's deadline to respond to October 2, 2026.[4]

On October 2, 2026, MSJ filed a Second Request to Extend Time to File Answer to Complaint (the Second Request).[5] The Second Request was not based upon MSJ's search for an attorney but rather was

---

[1] ECF 1. Unless otherwise indicated, all references to the record refer to the above-captioned Adversary Proceeding.

[2] ECF 2, 3.

[3] ECF 10.

[4] ECF 12.

[5] ECF 35.

based upon a misunderstanding that a pending motion to dismiss the Diocese's chapter 11 case, if granted, would also dismiss this AP. MSJ has since retained an attorney who has entered her appearance in this case.

On October 19, 2026, Plaintiff filed a stipulation by which it agreed to an extended deadline of January 5, 2027, and offered MSJ an "opportunity" to participate in the preparation and submission of a scheduling order in this case.[6]

For the reasons set forth on the record at an October 20, 2026 hearing, THE COURT FINDS cause exists to extend MSJ's response deadline. However, based upon the record in this case and the sheer number of defendants, the Court is concerned the stipulation as written does not compel MSJ's active participation in the preparation and submission of a scheduling order to govern the AP.

Therefore, **IT IS HEREBY ORDERED** that:

1. The deadline by which MSJ must answer or otherwise respond to the Complaint herein is EXTENDED to January 5, 2027;
2. MSJ shall participate in the scheduling conference presently scheduled for December 8, 2026 and/or in the preparation and submission of a Scheduling Order pursuant to Federal Rule of Bankruptcy Procedure 7026(f) and the Court's Order on Pre-trial Deadlines; and
3. The Court shall retain jurisdiction with respect to all matters arising from or related to the implementation, interpretation or enforcement of this Order.

SO ORDERED.

October 20, 2026
Burlington, Vermont

Heather Z. Cooper
Heather Z. Cooper
United States Bankruptcy Judge

[6] ECF 42.