# United States Bankruptcy Court

## District of Vermont

Filed & Entered
On Docket
October 15, 2026

In re:
Roman Catholic Diocese of Burlington, Vermont ,
Debtor.

Case Number: 24−10205 hzc
Chapter: 11

The Official Committee of Unsecured Creditors ,
Plaintiff.
v.

Adversary Proceeding
No.: 26−01005 hzc

Roman Catholic Diocese of Burlington Vermont;
Bishop John J. McDermott;
Rice Memorial High School;
Mount St. Joseph High School;
Christ The King − St. Anthony Parish, Burlington;
St. Joseph Co−Cathedral, Burlington;
St. Mark Parish, Burlington;
St. Ambrose Church, Bristol;
St. Mary Church, Cambridge;
Our Lady of Mt. Carmel Church, Charlotte;
Our Lady of Grace Parish, Colchester;
St. Pius X Church, Essex Junction;
Holy Family − St. Lawrence Parish, Essex Junction;
St. Jude Church, Hinesburg;
Holy Cross Parish, Colchester;
St. Ann Parish, Milton;
Our Lady of the Holy Rosary Parish, Richmond;
St. Catherine of Siena, Shelburne;
St. John Vianney Church, South Burlington;
Our Lady of the Lake Parish, South Hero;
St. Thomas Parish, Underhill Center;
St. Peter Parish, Vergennes;
Immaculate Heart of Mary Parish, Williston;
St. Francis Xavier, Winooski;
St. Charles Parish, Bellows Falls;
Our Lady of the Valley Parish, Randolph;
St. Michael Roman Catholic Church, Brattleboro;
Holy Name of Mary Parish, Proctorsville c/o Ludlow;
Our Lady of Mercy, Putney;
Holy Family Parish, Springfield;
St. Anthony's Parish, White River;
Our Lady Fatima, Wilmington;
St. Francis of Assisi Parish, Windsor;
Our Lady of the Snows, Woodstock;
Christ Our Savior Parish, Manchester Center;
St. John the Baptist Parish, North Bennington;
St. Joachim Parish, Readsboro;
Sacred Heart St. Francis de Sales, Bennington;
St. Monica Parish, Barre;
Our Lady of Perpetual Help, Bradford;
St. Francis of Assisi, Norwich;
Our Lady of Light, South Strafford;
St. Eugene, Wells River;
Mary Queen of All Saints, Hardwick;
St. Augustine Parish, Montpelier;
The Most Holy Name of Jesus Parish, Morrisville;
St. John the Evangelist Parish, Northfield;
Blessed Sacrament Catholic Church, Stowe;

Our Lady of the Snow and St. Patrick's Parish, Waitsfield & Moretown;
St. Andrew Parish, Waterbury;
Most Holy Trinity Parish, Barton;
Mater Dei Parish, Derby Line;
Corpus Christi Parish, St. Johnsbury;
St. Andre Bessette Parish, Troy;
St. Mary Parish Charitable Trust, Brandon;
St. Bernadette and St. Genevieve Parish, Bridport c/o Middlebury;
St. John the Baptist Parish, Castleton;
Our Lady of Seven Dolors Parish, Fair Haven;
Annunciation of the Blessed Virgin Mary, Ludlow;
Assumption of the Blessed Virgin Mary (St. Mary's) Parish, Middlebury;
St. Frances Cabrini Parish, West Pawlet;
St. Paul Parish, Orwell c/o Castleton;
St. Alphonsus, Pittsford;
St. Raphael Parish, Poultney;
St. Dominic Parish, Proctor;
Christ the King Church, Rutland;
St. Peter, Rutland;
St. Patrick Parish, Wallingford;
St. Bridget Parish, West Rutland;
St. Stanislaus Kostka Parish, West Rutland;
St. John the Baptist, Enosburg;
St. Luke, Fairfax;
St. Patrick Parish, Fairfield;
St. Isidore Parish, Montgomery c/o Richford;
All Saints Parish, Richford;
Our Lady of Lourdes Parish, East Berkshire;
Immaculate Conception Parish, St. Albans;
Ascension Parish, Georgia c/o Fairfax;
St. Anthony Parish, Sheldon Springs;
St. Mary's, Franklin;
St. Anthony St. George Parish, Fairfield;
Christ the King School, Burlington;
St. Michael School, Brattleboro;
Sacred Heart School, Bennington;
St. Monica – St. Michael School, Barre;
St. Paul's Catholic School, Barton;
Christ the King School, Rutland;
Good Shepherd Catholic School, St. Johnsbury;
St. Therese Digital Academy, Burlington;
Church of the Nativity – St. Louis Parish, Swanton;
And DOES 1 through 20, being intended to name any other parishes whose true name and identity is not yet known;
Defendant.

## NOTICE OF HEARING

**PLEASE BE ADVISED** that a hearing has been **RESCHEDULED** from **1:30 pm** to **October 20, 2026 at 10:30 AM** at the following location:

**Audio–Video Zoom Hearing**

to consider and act upon the following matters:

Hearing – CHANGE IN HEARING TIME – Re: 35 Motion to Extend Time.

Dated: October 15, 2026

For the Court

Jeffrey S. Eaton
Clerk of Court

United States Bankruptcy Court
District of Vermont
11 Elmwood Ave
P.O. Box 1663
Burlington, VT 05402−1663

Tel. (844) 644−7459
VCIS* (866) 222−8029
* Voice Case Information System
http://www.vtb.uscourts.gov
Form 184 −

**Notice to Court Visitors**: Upon arrival at the court building, please be prepared to show a photo I.D. Please, no cell phones or other electronic devices in the courthouse.

United States Bankruptcy Court
District of Vermont

The Official Committee of Unsecured Cred,
Plaintiff
Adv. Proc. No. 26-01005-hzc
Roman Catholic Diocese of Burlington Ver,
Defendant

# CERTIFICATE OF NOTICE

District/off: 0210-2 User: admin Page 1 of 5
Date Rcvd: Oct 29, 2026 Form ID: 184 Total Noticed: 4

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 30, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| aty | | Brittany M. Michael, Pachulski Stang Zeihl & Jones LLP, 780 Third Avenue, 34th Floor, New York, NY 10017-2024 |
| dft | + | Roman Catholic Diocese of Burlington Vermont, 55 Joy Drive, South Burlington, VT 05403-6999 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| ust | + | Email/Text: ustpregion02.vt.ecf@usdoj.gov | Oct 29 2026 17:19:00 | U S Trustee, Office of the United States Trustee, Leo O'Brien Federal Building, 11A Clinton Ave., Room 620, Albany, NY 12207-2370 |
| ust | + | Email/Text: ustpregion02.nh.ecf@usdoj.gov | Oct 29 2026 17:19:00 | U. S. Trustee, Office of the U.S. Trustee, Giaimo Federal Building, 150 Court Street, Room 302, New Haven, CT 06510-2022 |

TOTAL: 2

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| dft | | Mount St. Joseph High School |
| dft | | Rice Memorial High School |

TOTAL: 2 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 30, 2026 Signature: /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 15, 2026 at the address(es) listed**

**below:**

| **Name** | **Email Address** |
|---|---|
| Brittany Mitchell Michael | on behalf of Plaintiff The Official Committee of Unsecured Creditors bmichael@pszjlaw.com |
| Katherine Nixon | on behalf of Defendant Roman Catholic Diocese of Burlington Vermont knixon@fredlaw.com sstallings@fredlaw.com;docketing@fredlaw.com |
| Kaveh Shahi | on behalf of Defendant St. Francis of Assisi Norwich kshahi@gllawgroup.com |
| Kaveh Shahi | on behalf of Defendant St. Monica Parish Barre kshahi@gllawgroup.com |
| Kaveh Shahi | on behalf of Defendant St. Andrew Parish Waterbury kshahi@gllawgroup.com |
| Kaveh Shahi | on behalf of Defendant St. Peter Parish Vergennes kshahi@gllawgroup.com |
| Kaveh Shahi | on behalf of Defendant St. Joachim Parish Readsboro kshahi@gllawgroup.com |
| Kaveh Shahi | on behalf of Defendant St. Joseph Co-Cathedral Burlington kshahi@gllawgroup.com |
| Kaveh Shahi | on behalf of Defendant St. Francis of Assisi Parish Windsor kshahi@gllawgroup.com |
| Kaveh Shahi | on behalf of Defendant St. Charles Parish Bellows Falls kshahi@gllawgroup.com |
| Kaveh Shahi | on behalf of Defendant Most Holy Trinity Parish Barton kshahi@gllawgroup.com |
| Kaveh Shahi | on behalf of Defendant Our Lady of the Snows Woodstock kshahi@gllawgroup.com |
| Kaveh Shahi | on behalf of Defendant St. Luke Fairfax kshahi@gllawgroup.com |
| Kaveh Shahi | on behalf of Defendant St. Isidore Parish Montgomery c/o Richford kshahi@gllawgroup.com |
| Kaveh Shahi | on behalf of Defendant St. Mark Parish Burlington kshahi@gllawgroup.com |
| Kaveh Shahi | on behalf of Defendant Sacred Heart School Bennington kshahi@gllawgroup.com |
| Kaveh Shahi | on behalf of Defendant Mary Queen of All Saints Hardwick kshahi@gllawgroup.com |
| Kaveh Shahi | on behalf of Defendant St. Mary's Franklin kshahi@gllawgroup.com |
| Kaveh Shahi | on behalf of Defendant St. Francis Xavier Winooski kshahi@gllawgroup.com |
| Kaveh Shahi | on behalf of Defendant Our Lady of the Lake Parish South Hero kshahi@gllawgroup.com |
| Kaveh Shahi | on behalf of Defendant And DOES 1 through 20 being intended to name any other parishes whose true name and identity is not yet known kshahi@gllawgroup.com |
| Kaveh Shahi | on behalf of Defendant St. Raphael Parish Poultney kshahi@gllawgroup.com |
| Kaveh Shahi | on behalf of Defendant St. Therese Digital Academy Burlington kshahi@gllawgroup.com |
| Kaveh Shahi | on behalf of Defendant The Most Holy Name of Jesus Parish Morrisville kshahi@gllawgroup.com |
| Kaveh Shahi | on behalf of Defendant St. John the Baptist Enosburg kshahi@gllawgroup.com |
| Kaveh Shahi | on behalf of Defendant St. Ann Parish Milton kshahi@gllawgroup.com |

Kaveh Shahi
on behalf of Defendant Holy Family - St. Lawrence Parish Essex Junction kshahi@gllawgroup.com

Kaveh Shahi
on behalf of Defendant Holy Family Parish Springfield kshahi@gllawgroup.com

Kaveh Shahi
on behalf of Defendant Our Lady of the Valley Parish Randolph kshahi@gllawgroup.com

Kaveh Shahi
on behalf of Defendant Immaculate Heart of Mary Parish Williston kshahi@gllawgroup.com

Kaveh Shahi
on behalf of Defendant Our Lady of Seven Dolors Parish Fair Haven kshahi@gllawgroup.com

Kaveh Shahi
on behalf of Defendant Ascension Parish Georgia c/o Fairfax kshahi@gllawgroup.com

Kaveh Shahi
on behalf of Defendant St. Frances Cabrini Parish West Pawlet kshahi@gllawgroup.com

Kaveh Shahi
on behalf of Defendant Christ the King Church Rutland kshahi@gllawgroup.com

Kaveh Shahi
on behalf of Defendant St. John the Baptist Parish Castleton kshahi@gllawgroup.com

Kaveh Shahi
on behalf of Defendant St. Ambrose Church Bristol kshahi@gllawgroup.com

Kaveh Shahi
on behalf of Defendant St. Michael School Brattleboro kshahi@gllawgroup.com

Kaveh Shahi
on behalf of Defendant Our Lady of Light South Strafford kshahi@gllawgroup.com

Kaveh Shahi
on behalf of Defendant Our Lady of Perpetual Help Bradford kshahi@gllawgroup.com

Kaveh Shahi
on behalf of Defendant Blessed Sacrament Catholic Church Stowe kshahi@gllawgroup.com

Kaveh Shahi
on behalf of Defendant St. Mary Church Cambridge kshahi@gllawgroup.com

Kaveh Shahi
on behalf of Defendant St. Catherine of Siena Shelburne kshahi@gllawgroup.com

Kaveh Shahi
on behalf of Defendant St. Anthony's Parish White River kshahi@gllawgroup.com

Kaveh Shahi
on behalf of Defendant St. Thomas Parish Underhill Center kshahi@gllawgroup.com

Kaveh Shahi
on behalf of Defendant St. Andre Bessette Parish Troy kshahi@gllawgroup.com

Kaveh Shahi
on behalf of Defendant St. Anthony Parish Sheldon Springs kshahi@gllawgroup.com

Kaveh Shahi
on behalf of Defendant St. Michael Roman Catholic Church Brattleboro kshahi@gllawgroup.com

Kaveh Shahi
on behalf of Defendant St. Eugene Wells River kshahi@gllawgroup.com

Kaveh Shahi
on behalf of Defendant St. Pius X Church Essex Junction kshahi@gllawgroup.com

Kaveh Shahi
on behalf of Defendant St. Monica - St. Michael School Barre kshahi@gllawgroup.com

Kaveh Shahi
on behalf of Defendant St. Alphonsus Pittsford kshahi@gllawgroup.com

Kaveh Shahi
on behalf of Defendant St. Stanislaus Kostka Parish West Rutland kshahi@gllawgroup.com

Kaveh Shahi
on behalf of Defendant St. Paul Parish Orwell c/o Castleton kshahi@gllawgroup.com

Kaveh Shahi
on behalf of Defendant All Saints Parish Richford kshahi@gllawgroup.com

Kaveh Shahi
on behalf of Defendant St. Patrick Parish Wallingford kshahi@gllawgroup.com

Kaveh Shahi
on behalf of Defendant Sacred Heart St. Francis de Sales Bennington kshahi@gllawgroup.com

Kaveh Shahi
on behalf of Defendant St. Jude Church Hinesburg kshahi@gllawgroup.com

Kaveh Shahi
on behalf of Defendant Our Lady of Mercy Putney kshahi@gllawgroup.com

Kaveh Shahi
on behalf of Defendant St. Mary Parish Charitable Trust Brandon kshahi@gllawgroup.com

Kaveh Shahi
on behalf of Defendant Immaculate Conception Parish St. Albans kshahi@gllawgroup.com

Kaveh Shahi
on behalf of Defendant Christ The King - St. Anthony Parish Burlington kshahi@gllawgroup.com

Kaveh Shahi
on behalf of Defendant Christ the King School Rutland kshahi@gllawgroup.com

Kaveh Shahi
on behalf of Defendant Church of the Nativity - St. Louis Parish Swanton kshahi@gllawgroup.com

Kaveh Shahi
on behalf of Defendant Christ the King School Burlington kshahi@gllawgroup.com

Kaveh Shahi
on behalf of Defendant Christ Our Savior Parish Manchester Center kshahi@gllawgroup.com

Kaveh Shahi
on behalf of Defendant Holy Cross Parish Colchester kshahi@gllawgroup.com

Kaveh Shahi
on behalf of Defendant St. Anthony St. George Parish Fairfield kshahi@gllawgroup.com

Kaveh Shahi
on behalf of Defendant St. Patrick Parish Fairfield kshahi@gllawgroup.com

Kaveh Shahi
on behalf of Defendant St. Dominic Parish Proctor kshahi@gllawgroup.com

Kaveh Shahi
on behalf of Defendant St. Paul's Catholic School Barton kshahi@gllawgroup.com

Kaveh Shahi
on behalf of Defendant Assumption of the Blessed Virgin Mary (St. Mary's) Parish Middlebury kshahi@gllawgroup.com

Kaveh Shahi
on behalf of Defendant Annunciation of the Blessed Virgin Mary Ludlow kshahi@gllawgroup.com

Kaveh Shahi
on behalf of Defendant Mater Dei Parish Derby Line kshahi@gllawgroup.com

Kaveh Shahi
on behalf of Defendant Our Lady of Grace Parish Colchester kshahi@gllawgroup.com

Kaveh Shahi
on behalf of Defendant St. Bernadette and St. Genevieve Parish Bridport c/o Middlebury kshahi@gllawgroup.com

Kaveh Shahi
on behalf of Defendant St. John the Evangelist Parish Northfield kshahi@gllawgroup.com

Kaveh Shahi
on behalf of Defendant St. Peter Rutland kshahi@gllawgroup.com

Kaveh Shahi
on behalf of Defendant St. John Vianney Church South Burlington kshahi@gllawgroup.com

Kaveh Shahi
on behalf of Defendant Our Lady of the Snow and St. Patrick's Parish Waitsfield & Moretown kshahi@gllawgroup.com

Kaveh Shahi
on behalf of Defendant Our Lady of the Holy Rosary Parish Richmond kshahi@gllawgroup.com

Kaveh Shahi
on behalf of Defendant Our Lady of Mt. Carmel Church Charlotte kshahi@gllawgroup.com

Kaveh Shahi
on behalf of Defendant Our Lady of Lourdes Parish East Berkshire kshahi@gllawgroup.com

| | |
|---|---|
| Kaveh Shahi | on behalf of Defendant Bishop John J. McDermott kshahi@gllawgroup.com |
| Kaveh Shahi | on behalf of Defendant Holy Name of Mary Parish Proctorsville c/o Ludlow kshahi@gllawgroup.com |
| Kaveh Shahi | on behalf of Defendant Corpus Christi Parish St. Johnsbury kshahi@gllawgroup.com |
| Kaveh Shahi | on behalf of Defendant St. Bridget Parish West Rutland kshahi@gllawgroup.com |
| Kaveh Shahi | on behalf of Defendant St. John the Baptist Parish North Bennington kshahi@gllawgroup.com |
| Kaveh Shahi | on behalf of Defendant Our Lady Fatima Wilmington kshahi@gllawgroup.com |
| Kaveh Shahi | on behalf of Defendant St. Augustine Parish Montpelier kshahi@gllawgroup.com |
| Kaveh Shahi | on behalf of Defendant Good Shepherd Catholic School St. Johnsbury kshahi@gllawgroup.com |
| Paul A Levine | on behalf of Plaintiff The Official Committee of Unsecured Creditors plevine@lemerygreisler.com phartl@lemerygreisler.com |
| Samuel Andre | on behalf of Defendant Roman Catholic Diocese of Burlington Vermont sandre@fredlaw.com docketing@fredlaw.com;mcalhoun@fredlaw.com;sstallings@fredlaw.com |
| Steven Robert Kinsella | on behalf of Defendant Roman Catholic Diocese of Burlington Vermont skinsella@fredlaw.com sstallings@fredlaw.com;docketing@fredlaw.com |

TOTAL: 93